JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY LUNDBLAD, | CV 24-1674 PA (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| GAME 1, LLC, et al. | |
| Defendants. | |

Pursuant to the Court's June 4, 2024 Minute Order dismissing this action for lack of subject matter jurisdiction, lack of prosecution, and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: June 4, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE